**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 166 MM 2018
                : 
        Respondent    :
                :
                :
            v.           :
                :
                :
WILLIAM HENRY COSBY JR.,       :
                :
        Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of December, 2018, the Application for Relief, to the extent it seeks to amend Petitioner's Application for Supreme Court Review, is GRANTED. The Application for Supreme Court Review, as so amended, is DENIED.